Notice of Special Appearance : Sage – El, 082781090 Beneficial Owner 1st Lien Holder of HALL, WINSTON GREGORY Estate d/b/a WINSTON GREGORY HALL©®™

IN THE CRIMINAL COURT OF KINGS COUNTY
IN THE STATE OF NEW YORK

**RECEIVED FEB 03 2016 PRO SE OFFICE**

STATE OF NEW YORK

GLEESON, J. Case Number: 2016KN004561
BLOOM, M.J.

v.   §
HALL, WINSTON GREGORY corp. sole   §
D/b/a. WINSTON GREGORY HALL   §

NOTICE OF REMOVAL FROM COURT OF NEW YORK TO United States district court

**NOTICE OF REMOVAL** CV16-0584

***TAKE NOTICE THAT*** *pursuant to;* The United States Constitution, in Article III, § 2, gives the Congress the power to permit federal courts to hear diversity cases through legislation authorizing such jurisdiction

**AND TAKE FURTHER NOTICE THAT** the matter is to be heard in United States district court of New York

**AND TAKE FURTHER NOTICE THAT** an affidavit for Notice of Removal has been filed with this court and United States district court of New York.

February 1, 2016 _Sage-El_

[UCC 1-103.6 UCC 1-308, UCC 1-301 UCC 1-107]

State of New York   )
                    )ss.
County of New York  )

I have hereunto set my hand and seal of office On this, __1st__ Day of __Feb__, 2016 Notary Public _Monae Ramsay_

Seal:

Commission Expires January 31, 2018

February 1, 2016

Sage - El, registered Owner
Of HALL, WINSTON GREGORY corp. sole

OFFICE OF DISTRICT ATTORNEY KINGS COUNTY
2/1/2016 Clerk's Office 3:50 PM

Notice of Special Appearance : Sage – El, 082781090 Beneficial Owner 1st Lien Holder of HALL, WINSTON GREGORY Estate d/b/a WINSTON GREGORY HALL©®™

D/b/a WINSTON GREGORY HALL
c/o [388] e 49 street
Brooklyn Estates [New York] state Republic
Near; [11203]

### IN THE CRIMINAL COURT OF KINGS COUNTY
### IN THE STATE OF NEW YORK

| | | |
|---|---|---|
| STATE OF NEW YORK | § | Case Number: 2016KN004561 |
| | § | |
| v. | § | NOTICE OF REMOVAL |
| | § | |
| HALL, WINSTON GREGORY corp. sole | § | |
| D/b/a. WINSTON GREGORY HALL | | |

### CERTIFICATE OF SERVICE

I, Sage - El, living Man for HALL, WINSTON GREGORY, corp. sole d/b/a. WINSTON GREGORY HALL, is to certify that I have this day served the Solicitor General with this **Notice of Removal** by Hand Delivery thereon the ensure delivery to:

Dated this __1st__ day of __Feb_____, 2016

_Sage-El_
Free name

Submitted on Feb 3, 2016
Sage-El

# MEDICAL TREATMENT OF PRISONER
PD 244-150 (Rev. 12-99)-Pent-RMU

Date: 01/25/2016

## SECTION I - TO BE COMPLETED BY N.Y.P.D.

**Prisoner's Name (Last, First, M.I.) (Print):** Hall, Winston AKA Sage-EL
**Age:** 34 **Sex:** M

**Address:** 988 East 49th St **Street:** Brooklyn **Zip Code:** 11203 **Apt:** **Telephone No.:**

**Arresting Officer:** PO Rodriguez, A **Signature:** **Shield No.:** 9833 **Tax Reg. No.:** 947837 **Command:** 071

**Arrest No.:** K16605949 H **Cmd. Of Arrest:** 071 **Charge:** Resisting Arrest, OGA, VTL 511-02, Dis Con: Fight/Violent Behavior

**Escort Officer:** PO Nika **Signature:** **Shield No.:** 4579 **Tax Reg. No.:** 944651 **Command:** 071

**Prisoner Requests/Requires Medical Aid:** ☒ Yes ☐ No
**Prisoner Refused Medical Aid:** ☐ Yes ☒ No
**Date:** **Time:** **Prisoner's Signature:**

**Transported To Hospital (Name):** KCH **Date:** 1/25 **Time:** 1415 **Veh. Patrol:** EPO 40E **RMP #:** **ACR #:** **PCR #:** **Operator Rank (Print) Name:**

**Returned From Hospital Date:** **Time:**
**Attempted Suicide:** ☐ Yes ☒ No
**Nature Of Illness/Injury:** Pain to elbow
**If Injury:** ☐ Old ☒ New

**Restraining Devices Used:** ☒ Yes **Type:** Shackles
**E.S.U. Responded:** ☐ No ☒ Yes ☐ No

**Prescription Medication Possessed At Arrest:** ☐ Yes ☒ No

**Remarks:** deft complains of pain to elbow @ SH. AND HEADACHE

---

**Prisoner Refused Medical Aid In The Field:** ☐ Yes ☐ No
**Prisoner Refused Medical Aid At The Command:** ☐ Yes ☐ No
**Prisoner Refused Medical Aid Within The Court Section:** ☐ Yes ☐ No
**Recommend Prisoner Be Separated From General Population:** ☐ Yes ☐ No

**E.M.S. Field Personnel** Print Name: **Shield #:** **Date:** **Time:** **Refer To Hospital Emergency Room:** ☐ Yes ☐ No

**E.M.S. Court Section** Print Name: **Shield #:** **Date:** **Time:** **Refer To Hospital Emergency Room:** ☐ Yes ☐ No

**NYPD Supervisor/Desk Officer** Rank (Print) Name: **Signature:** **Cmd. Of Arrest/Court Section:** **Date:** **Time:**

## SECTION II - TO BE COMPLETED BY HOSPITAL MEDICAL STAFF

**Admitted To Hospital:** ☐ Yes ☒ No
**Suicide Watch Recommended By Hospital Staff:** ☐ Yes ☒ No
**Transfer to Psychiatric Hospital Recommended By Hospital Medical Staff:** ☐ Yes ☒ No
**Medication Prescribed:** ☒ Yes ☐ No
**Medication To Be Taken As Prescribed:** ☒ Yes ☐ No

**Medication To Travel With Prisoner:** ☐ Yes ☒ No
**Refer To Psychiatric Hospital:** ☐ Yes ☒ No

**Print Name (Last, First, M.I.):** Flores, Jorge **Signature:** (MD) **Title:** 01/25/16 **Date:** **Time:** 6:50 PM

**NYPD Court Section Supervisor:** Rank (Print) Name: LT A662 **Signature:** **Court Section:** BCS **Date:** 1/26/16 **Time:** 0415

**Received By Department Of Correction:** Rank (Print) Name: **Signature:** **Shield / I.D. #:** **Date:** **Time:**

---

**DISTRIBUTION:** 1. WHITE, 2. BLUE, 3. PINK – DEPT. OF CORRECTION, 4. BUFF – CMD. OF ARREST, 5. GREEN – ARRAIGNING JUDGE.
(Receipt will be obtained by Escorting Officer on PINK COPY and returned to COURT SECTION facility. Upon receipt of PINK COPY, COURT SECTION Supervisor will remove BUFF COPY from FILE and forward it to COMMAND OF ARREST FOR FILE.)

**NOTE:** A PHOTO COPY OF THIS FORM MAY BE PROVIDED UPON REQUEST TO HEALTH AND HOSPITALS CORPORATION (HHC) PERSONNEL.

I. PLEASE TAKE NOTICE that pursuant to Criminal Procedure Law §240.30, the District Attorney hereby demands that within 20 days of the date of service of this demand the defendant disclose and make available to the District Attorney for inspection, photographing, copying and testing:

(a) Any written report or document or portion thereof concerning a physical or mental examination, or scientific test, experiment, or comparisons, made by or at the request or direction of the defendant, if the defendant intends to introduce such report or document at trial, or if the defendant has filed a notice of intent to proffer psychiatric evidence and such report or document was made by a person, other than the defendant, whom the defendant intends to call as a witness at trial; and

(b) Any photograph, drawing, tape or other electronic recording which the defendant intends to introduce at trial.

II. PLEASE TAKE NOTICE that, pursuant to Criminal Procedure Law §250.20, the District Attorney hereby demands that if the defendant intends to offer a trial defense that at the time of the commission of the crime charged the defendant was at some place or places other than the scene of the crime, and to call witnesses in support of such defense the defendant must, within eight days of service of the demand, serve upon the people, and file a copy thereof with the court, a "notice of alibi," reciting (a) the place or places where the defendant claims to have been at the time in question, and (b) the names, the residential addresses, the places of employment and the addresses thereof of every such alibi witness upon whom the defendant intends to rely.

III. PLEASE TAKE NOTICE that pursuant to CPL article 255, the defendant must make all pre-trial motions generally within forty-five days after arraignment and before commencement of trial. Upon expiration of the applicable period within which defendant must make pre-trial motions, the People will move the court to preclude any pre-trial motions made thereafter.

-3-

ECAB-22a

I. PLEASE TAKE NOTICE that pursuant to Criminal Procedure Law §240.30, the District Attorney hereby demands that within 20 days of the date of service of this demand the defendant disclose and make available to the District Attorney for inspection, photographing, copying and testing:

(a) Any written report or document or portion thereof concerning a physical or mental examination, or scientific test, experiment, or comparisons, made by or at the request or direction of the defendant, if the defendant intends to introduce such report or document at trial, or if the defendant has filed a notice of intent to proffer psychiatric evidence and such report or document was made by a person, other than the defendant, whom the defendant intends to call as a witness at trial; and

(b) Any photograph, drawing, tape or other electronic recording which the defendant intends to introduce at trial.

II. PLEASE TAKE NOTICE that, pursuant to Criminal Procedure Law §250.20, the District Attorney hereby demands that if the defendant intends to offer a trial defense that at the time of the commission of the crime charged the defendant was at some place or places other than the scene of the crime, and to call witnesses in support of such defense the defendant must, within eight days of service of the demand, serve upon the people, and file a copy thereof with the court, a "notice of alibi," reciting (a) the place or places where the defendant claims to have been at the time in question, and (b) the names, the residential addresses, the places of employment and the addresses thereof of every such alibi witness upon whom the defendant intends to rely.

III. PLEASE TAKE NOTICE that pursuant to CPL article 255, the defendant must make all pre-trial motions generally within forty-five days after arraignment and before commencement of trial. Upon expiration of the applicable period within which defendant must make pre-trial motions, the People will move the court to preclude any pre-trial motions made thereafter.

-3-

ECAB-22a



Document #: LMSB043
PRINT DATE: 1/26/... 10:38:44   OPERATOR: ...

HALL, WINSTON G                    DOB: 02/...
388 E 49TH ST                      HEIGHT: 5-8
BROOKLYN       NY 11...            COUNTY: ...

SUSPENSION: 08/25/2008 FLD ANSWER SUMMONS   ORDER #: ...
  LOCATION: KINGS COUNTY, BROOKLYN SOUTH ADMINISTRATIVE ...

SUSPENSION: 08/25/2008 FLD ANSWER SUMMONS   ORDER #: ...
  LOCATION: KINGS COUNTY, BROOKLYN SOUTH ADMINISTRATIVE ...

SUSPENSION: 08/13/2008 FLD ANSWER SUMMONS   ORDER #: J950191
  LOCATION: KINGS COUNTY, BROOKLYN NORTH NOM. ADJ.

***END OF RECORD***

This is to certify that this document is a true and complete copy of an electronic record contained in the New York State Department of Motor Vehicles, Albany, New York. The record was made in regular course of the New York State Department of Motor Vehicles daily business. It is the business of the New York State Department of Motor Vehicles to make and maintain the records of drivers in the state of New York. Entries in this document are made at the time the recorded transactions or events took place or within a reasonable time thereafter. The person who reports the information is under a business duty to do so accurately.

ABS-3 (07/15)



```
Document #: L  B043
PRINT DATE: 1/26        TIME   0:38:44   OPERATOR:

HALL,WINSTON,G                          DOB: 02/  /1
388 E 49TH ST                           HEIGHT: 5-8
BROOKLYN          NY 1

PERMITS ONLY
PERMIT CLASS: D                 STATUS: SUSPENDED   EXPIRATION: 02/02/2005
APPLICATION DATE: 03/28/2000
ENDORSEMENTS:     NONE
RESTRICTIONS:     NONE

SUSP/REV SUMMARY            8 (STOPS)       DATES  JUDGEMENT $

************ SUSPENSION/REVOCATION *************
SUSPENSION            FLD PAY DRV ASSESS    ORDER #: A08112
                      VOLUNTARY SUSPENSION  ORDER #: A15060
COMPLI   ON

SUSPENSION: 10/  /200  FAILURE TO PAY FINE  ORDER #: K
  LOCATION: KINGS COUNTY, BROOKLYN SOUTH ADMINISTRATIVE ADJ
  JUDGMENT AMOUNT: 180        COUNTY: NEW YORK

SUSPENSION: 10/06/200  FAILURE TO PAY FINE  ORDER #:
  LOCATION: KINGS COUNTY, BROOKLYN SO              ADJ
  JUDGMENT AMOUNT:            COUNTY: NEW YORK

SUSPENSION: 09/            TO PAY FINE      ORDER #: K
  LOCATION: KINGS CO            TH ADM. ADJ
  JUDGMENT AMOUNT             COUNTY: NEW YORK
```

This is to certify that this document is a true and complete copy of an elec           the New York State Department of Motor Vehicles, Albany, New York. The record was made in regular course of          partment of Motor Vehicles daily business. It is the business of the New York State Department of Motor Vehicle             intain the records of drivers in the state of New York. Entries in this document are made at the time the recorded tra            nts took place or within a reasonable time thereafter. The person who reports the information is under a business duty to           ely.

Continued Page  2

ABS-3 (07/16)

| Form **COL** | Violation Warning<br>Denial of Rights Under Color of Law | |
|---|---|---|
| | ▶ Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983 | |

**Name and address of Citizen**
Hall, Winston Gregory
6388 E 49 St
Brooklyn, NY 11203

**Name and address of Notice Recipient**
CRIMINAL COURT OF KINGS COUNTY
120 SCHERMERHORN STREET
BROOKLYN NY 11201, BOARD OF FIDUCIARY TRUSTEE

**Citizen's statement:**
1777 New York State Constitution
No Consent

I certify that the forgoing information stated here is true and correct.
**Citizen's signature**

▶ Hall, Winston Gregory                              Date ▶ Feb 1, 2016

### Legal Notice and Warning

**Federal law provides that it is a crime to violate the Rights of a citizen under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.**

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

18 USC §242 provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both.

18 USC §245 provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.

42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning**, you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

**You are advised** to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

**Notice of Service:**
I, Hall, Winston Gregory certify that I personally delivered this notice to above named recipient and address on Feb 1, 2016 at _____.

Public Domain—Privacy Form COL(01)

CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR COUNTY OF KINGS

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK | STATE OF NEW YORK COUNTY OF KINGS |

v

WINSTON HALL

POLICE OFFICER ALODIA RODRIGUEZ SHIELD NO.9833, OF 071 COMMAND SAYS THAT ON OR ABOUT (1) JANUARY 25,2016 AT APPROXIMATELY 04:18 AM AT MCKEEVER PLACE AND EMPIRE BOULEVARD COUNTY OF KINGS, STATE OF NEW YORK,

THE DEFENDANT COMMITTED THE OFFENSE(S) OF:

VTL 1110                FAILURE TO COMPLY WITH A TRAFFIC CONTROL SIGN

AND THAT, ON OR ABOUT (2) JANUARY 25,2016 AT APPROXIMATELY 04:25 AM AT EMPIRE BOULEVARD AND BEDFORD AVENUE COUNTY OF KINGS, STATE OF NEW YORK,

THE DEFENDANT COMMITTED THE OFFENSE(S) OF:

| | |
|---|---|
| PL 195.05 | OBSTRUCTING GOVERNMENTAL ADMINISTRATION IN THE SECOND DEGREE |
| PL 205.30 | RESISTING ARREST |
| VTL 511(1)(A) | AGGRAVATED UNLICENSED OPERATION OF A MOTOR VEHICLE IN THE THIRD DEGREE |
| VTL 511(2)(A)(IV) | AGGRAVATED UNLICENSED OPERATION OF A MOTOR VEHICLE IN THE SECOND DEGREE |
| PL 240.20(1) | DISORDERLY CONDUCT |
| VTL 509(1) | UNLICENSED OPERATOR |

IN THAT THE DEFENDANT DID:

OPERATE A MOTOR VEHICLE AND FAIL TO OBEY THE INSTRUCTIONS OF AN OFFICIAL TRAFFIC CONTROL DEVICE APPLICABLE TO THE OPERATION OF SUCH MOTOR VEHICLE, WITHOUT BEING DIRECTED TO DO SO BY A TRAFFIC OR POLICE OFFICER; OPERATE OR DRIVE A MOTOR VEHICLE UPON A PUBLIC HIGHWAY OF THIS STATE OR UPON ANY SIDEWALK OR TO OR FROM ANY LOT ADJACENT TO A PUBLIC GARAGE, SUPERMARKET, SHOPPING CENTER OR CAR WASHING ESTABLISHMENT OR TO OR FROM OR INTO A PUBLIC GARAGE OR CAR WASHING ESTABLISHMENT WITHOUT BEING DULY LICENSED PURSUANT TO THE PROVISIONS OF THIS CHAPTER; OPERATE A MOTOR VEHICLE UPON A PUBLIC HIGHWAY WHILE KNOWING OR HAVING REASON TO KNOW THAT SUCH PERSON'S LICENSE OR PRIVILEGE OF OPERATING SUCH MOTOR VEHICLE IN THIS STATE OR PRIVILEGE OF OBTAINING A LICENSE TO OPERATE SUCH MOTOR VEHICLE ISSUED BY THE COMMISSIONER WAS SUSPENDED, REVOKED OR OTHERWISE WITHDRAWN BY THE COMMISSIONER; COMMIT THE OFFENSE OF AGGRAVATED UNLICENSED OPERATION OF A MOTOR VEHICLE IN THE THIRD DEGREE AS DEFINED IN SECTION FIVE HUNDRED ELEVEN SUBDIVISION ONE SUBDIVISION A OF THE VEHICLE AND TRAFFIC LAW, AND DEFENDANT HAD IN EFFECT THREE OR MORE SUSPENSIONS IMPOSED ON AT LEAST THREE SEPARATE DATES, FOR FAILURE TO ANSWER, APPEAR OR PAY A FINE; INTENTIONALLY OBSTRUCT, IMPAIR OR PERVERT THE ADMINISTRATION OF LAW OR OTHER GOVERNMENTAL FUNCTION OR PREVENT OR ATTEMPT TO PREVENT A PUBLIC SERVANT FROM PERFORMING AN OFFICIAL FUNCTION, BY MEANS OF INTIMIDATION, PHYSICAL FORCE OR INTERFERENCE, OR BY MEANS OF ANY INDEPENDENTLY UNLAWFUL ACT, OR BY MEANS OF INTERFERING, WHETHER OR NOT PHYSICAL FORCE IS INVOLVED, WITH RADIO, TELEPHONE, TELEVISION OR OTHER TELECOMMUNICATIONS SYSTEMS OWNED OR OPERATED BY THE STATE, OR A COUNTY, CITY, TOWN, VILLAGE, FIRE DISTRICT OR EMERGENCY MEDICAL SERVICE OR BY MEANS OF RELEASING A DANGEROUS ANIMAL UNDER CIRCUMSTANCES EVINCING THE DEFENDANT'S INTENT THAT THE ANIMAL OBSTRUCT GOVERNMENTAL ADMINISTRATION; INTENTIONALLY PREVENT OR ATTEMPT TO PREVENT A POLICE OFFICER OR PEACE OFFICER FROM EFFECTING AN AUTHORIZED ARREST OF THE DEFENDANT OR ANOTHER PERSON; WITH INTENT TO CAUSE PUBLIC INCONVENIENCE, ANNOYANCE OR ALARM, OR RECKLESSLY CREATING A RISK THEREOF, ENGAGE IN FIGHTING OR IN VIOLENT, TUMULTUOUS OR THREATENING BEHAVIOR.

DEPONENT STATES THAT, AT THE FIRST ABOVE TIME AND PLACE, WHICH IS A PUBLIC HIGHWAY, DEPONENT OBSERVED DEFENDANT DRIVING A 2007 BMW SEDAN NY STATE LICENSE NO. GWM3444 AND MAKING A LEFT TURN IN FRONT OF A POSTED SIGN STATING NO LEFT TURNS.

DEPONENT FURTHER STATES THAT, AT THE SECOND ABOVE TIME AND PLACE, WHICH IS A PUBLIC HIGHWAY DEPONENT PULLED OVER DEFENDANT WHILE DEFENDANT WAS DRIVING THE ABOVE-DESCRIBED VEHICLE, AND DEPONENT CONDUCTED A CHECK OF THE OFFICIAL, COMPUTERIZED DEPARTMENT OF MOTOR VEHICLES DRIVING RECORD(S) (PURSUANT TO VTL 201) RELATING TO DEFENDANT.

DEPONENT OBSERVED SAID RECORD(S) TO INDICATE THAT, AT THE ABOVE TIME, DEFENDANT WAS DRIVING WITH HIS PRIVILEGE TO DO SO HAVING BEEN SUSPENDED IN THE STATE OF NEW YORK.

DEPONENT FURTHER OBSERVED THE OFFICIAL DEPARTMENT OF MOTOR VEHICLES RECORD(S) TO INDICATE THAT, AT THE ABOVE TIME, DEFENDANT HAD 8 SUSPENSIONS ON 4 DATES.

DEPONENT FURTHER STATES THAT DEPONENT'S BASIS FOR BELIEVING THAT THE DEFENDANT HAD REASON TO KNOW THAT HIS LICENSE WAS SUSPENDED IS AS FOLLOWS: THE ABOVE-DESCRIBED NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES COMPUTER CHECK REVEALED THAT DEFENDANT'S LICENSE WAS SUSPENDED FOR FAILURE TO ANSWER OR APPEAR IN RESPONSE TO A TRAFFIC SUMMONS, AND ALL SUCH SUMMONS HAVE PRINTED ON THEM THE WARNING "IF YOU DON'T ANSWER THIS TICKET BY MAIL WITHIN 15 DAYS YOUR LICENSE WILL BE SUSPENDED".

DEPONENT FURTHER STATES THAT THE NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES MAILS A NOTICE OF SUSPENSION TO ANY SUCH PERSON AT THEIR LAST KNOWN ADDRESS.

DEPONENT FURTHER STATES THAT, WHEN DEPONENT STATED THAT DEFENDANT'S LICENSE WAS SUSPENDED AND THAT DEFENDANT HAD TO STEP OUT OF DEFENDANT'S VEHICLE, THE DEFENDANT DID LOCK DEFENDANT'S CAR DOORS, ATTEMPT TO ROLL UP DEFENDANT'S FRONT DRIVER'S SIDE AND FRONT PASSENGER SIDE WINDOWS, CONTINUE TO IGNORE DEPONENT'S STATEMENTS THAT DEFENDANT WAS UNDER ARREST AND MUST EXIT THE VEHICLE, AND THAT, WHEN POLICE OFFICER MICHAEL ROSARIO SHIELD NO. 04914, OF 071 COMMAND REACHED OUT TOWARDS DEFENDANT THAT DEFENDANT DID SCRATCH SAID OFFICER'S HAND WITH DEFENDANT'S FINGERNAIL CAUSING A LACERATION ABOUT SAID OFFICER'S HAND.

DEPONENT FURTHER STATES THAT DEFENDANT DID RESIST LAWFUL ARREST BY FLAILING DEFENDANT'S HANDS AND STIFFENING DEFENDANT'S BODY IN ORDER TO PREVENT DEPONENT FROM PLACING HANDCUFFS ON DEFENDANT.

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW.

1/26/2016

DATE                              SIGNATURE

| | | | |
|---|---|---|---|
| Name: | EL, SAGE | | |
| Age: | 34 | Interview Date: | 2016-01-26 |
| DoB: | 1981-02-02 | Interview Time: | 03:50:00 |
| Sex: | MALE | CJA Interviewer: | K131 |
| Hispanic? | NO | Interview Location: | CB |
| Race: | BLACK | Interview Language: | ENGLISH |

### RESIDENCE/FAMILY

| | | | |
|---|---|---|---|
| Current Address: | ~~REFUSED ANSWER~~ 354 OLD YORK RD | Prior Address: | REFUSED ANSWER |
| City, State, Zip: | ~~null, null, null~~ Philadelphia, PA | City, State, Zip: | RA, RA  Mother - |
| Lives With: | | | Ulah - McKenzie |
| Contact: | RA  718-607-7280 | Contact: | RA  Georgia - |
| Relationship: | RA | Relationship: | RA |
| Phone #: | RA | Phone #: | RA |
| Length at Current Address: | Years    Months    Weeks    RA | Length at Prior Address: | Years   RA   Months |
| | | Contact still Resides at Prior Address? | |
| Alternate Address: | REFUSED ANSWER | Expects Someone at Arraignment? | YES |
| City, State, Zip: | | Name: | SANDRA ANDERSON |
| Contact: | | Relationship: | GIRLFRIEND |
| Relationship: | | | |
| Phone #: | | | |

### EMPLOYMENT

| | | | |
|---|---|---|---|
| Employed? | UNEMPLOYED | Does Defendant Provide Support for Others? | NO |
| Job/Position: | Minister | If "Yes" How Many? | |
| Employer: | Native American Tribe | Other Sources of Financial Support: | |
| Address: | Empire Washington Tribe | | |
| City, State, Zip: | | | |
| Length of Employment: | Years:    Months: | Highest Grade: | (16)  Drexel |
| Hours Worked/Week: | | In School? | NO |
| Avg. Net Pay: | RA | Name: | |
| Pay Period: | | In Training Program? | |
| Length of Unemployment: | Years:  RA  Months: | Name: | |
| Other Employment Status: | NONE | In Treatment Program? | NONE |

### CRIMINAL RECORD

| | | | | |
|---|---|---|---|---|
| | LEGEND: | NP = No Phone | RA = Refuses to Answer | |
| Miscellaneous Comments | | DK = Doesn't Know | NC = Not Calculated | |
| | | NA = Not Applicable | No Shading = Information from Defendant | |

This report assesses the defendant's risk of flight by considering the following: community ties and warrant history as defined in sections 2(a)(ii) and 2(a)(iii)&(vi) of CPL 510.30 and open cases. However, a positive assessment is withheld for defendants with outstanding bench warrants attached to their NYSID sheet at the arrest. This report does not consider other criteria listed in CPL 510.30 such as the defendant's mental condition, the weight of the evidence, or the possible sentence.

### DEFENDANT'S RESPONSE VERIFICATION | CJA RECOMMENDATION

| | | | | |
|---|---|---|---|---|
| 1 | Has the defendant lived at his/her current address for 1.5 years or more? | RA | | NO RECOMMENDATION |
| 2 | Does the defendant live with parent, spouse, C/L spouse of 6 months, grandparent, or legal guardian? | RA | | INTERVIEW INCOMPLETE |
| 3 | Does the defendant have a working telephone in residence/cell phone? | RA | | |
| 4 | Does the defendant report a NYC area address? | | -2 | |
| 5 | Is the defendant employed, or in school or training program, full time? | NO | -1 | |
| 6 | Does the defendant expect someone at arraignment? | YES | 1 | |
| 7 | Does Prior Warrant equal Zero? | NO | - | |

HALL, WINSTON     - against -     K16605949     **NOTICE PURSUANT TO CPL 710.30(1)(a)**

Defendant(s)

---

    Please take notice that statements in the form noted below were made by the defendant or by a co-defendant to be tried jointly, other than in the course of the criminal transaction, to a public servant engaged in law enforcement activity or to a person then acting under the direction of or in cooperation with such a public servant. Please take further notice that the People intend to offer evidence of the below statement(s) of the defendant(s) on the People's direct case at trial of this action. A transcript of any stenographically recorded statement(s) or copy of any written statement(s) are either appended or will be made available to counsel at a mutually convenient time. A copy of any electronically recorded statement(s) will be provided counsel following the receipt of an appropriate blank cartridge.

**HALL, WINSTON**

    Form of Statement Oral     Date and Time 01/25/16 04:25     Place    EMPIRE BLVD AND BEDFORD AVE
    To Whom Made    ALODIA RODRIGUEZ, shield:9833, CMD:071     Tape No.
    Substance of above statement:
IN SUM AND SUBSTANCE GIVE ME A REASON WHY YOU STOPPED ME FIRST

**HALL, WINSTON**

    Form of Statement Oral     Date and Time 01/25/16 04:26     Place    EMPIRE BLVD AND BEDFORD AVE
    To Whom Made    ALODIA RODRIGUEZ, shield:9833, CMD:071     Tape No.
    Substance of above statement:
IN SUM AND SUBSTANCE I DIDN'T SEE NO SIGNS

**HALL, WINSTON**

    Form of Statement Oral     Date and Time 01/25/16 04:27     Place    EMPIRE BLVD AND BEDFORD AVE
    To Whom Made    ALODIA RODRIGUEZ, shield:9833, CMD:071     Tape No.
    Substance of above statement:
IN SUM AND SUBSTANCE I AM A SOVERN AND AM ABOVE THE LAW AND LAND

**HALL, WINSTON**

    Form of Statement Oral     Date and Time 01/25/16 04:35     Place    EMPIRE BLVD AND BEDFORD AVE
    To Whom Made    ALODIA RODRIGUEZ, shield:9833, CMD:071     Tape No.
    Substance of above statement:
IN SUM AND SUBSTANCE THAT'S NOT MY NAME ANYMORE, I GO BY SAGE/EL, I HAVEN'T GONE BY THAT IN THREE YEARS

**HALL, WINSTON**

    Form of Statement Oral     Date and Time 01/25/16 04:35     Place    EMPIRE BLVD AND BEDFORD AVE