ORIGINAL

FORM 1

## NOTICE OF APPEAL


RECEIVED
PRO SE OFFICE

\* \* \* \* \* \* \* \* \* \* \*

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

Sage-El
Propria Persona, all rights reserved

against.

THE STATE OF NEW YORK
ALODIA, RODRIGUEZ

NOTICE OF APPEAL

1:16-CV-00584-JG-LB
Docket No.

Notice is hereby given that Sage-El Propria Persona (party) of interest, non-proseh, all rights reserved

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision

(describe it)

entered in this action on the 12 day of February, 2016.

_____
Signature

Sage-El
Printed Name

c/o 388 E 49st
Address

Brooklyn, N.Y. neare [11203]

(917) 426-2103
Telephone No. (with area code)

Date: March 2, 2016