

**ORIGINAL**

# MOORS NATIONAL REPUBLIC FEDERAL GOVERNMENT
# MOORS DIVINE AND NATIONAL MOVEMENT OF THE WORLD.

*Northwest Amexem / Northwest Africa / North America.*
'The North Gate'.
Societas Republicae Ea Al Maurikanos.
Aboriginal and Indigenous Natural Peoples of the Land.
**The true and de jure Al Moroccans / Americans**

## U.S. DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK
### CIVIL DOCKET FOR CASE # :1:15-CV-04895-ENV-ST, 1: 16-cv-00584-ENV-ST

Sage – El
non corporate entity
(real party in interest, *tertius interveniens*)
an Indigenous Washitaw Amuuru National
_____ Victim/Plaintiff

v.

Fino d/b/a FINO NYPD et al

_____ Defendants

NOTICE AND DEMAND
FOR MANDATORY JUDICIAL NOTICE:
Rule 201(d), Federal Rules of Evidence

ADMINISTRATIVE NOTICE AND DEMAND AND JUDICIAL NOTICE FOR: FEDERAL QUESTION DIVERSITY OF CITIZENSHIP AND DEMAND COMMON LAW VENUE BY AFFIDAVIT



RECEIVED JUL 26 2016 PRO SE OFFICE

The undersigned, In <u>Propria Persona</u> [non–attorney],
The Victim/Plaintiff Indigenous American National of the Washitaw Nation of Amuuru.

Divine Peace and Love:
Honoring The Great, The Universal, The Absolute, God (Elohim).
Notice to Agent is Notice to Principal; Notice to Principal is Notice to Agent

## ADMINISTRATIVE NOTICE AND DEMAND AND JUDICIAL NOTICE FOR: FEDERAL QUESTION DIVERSITY OF CITIZENSHIP AND DEMAND COMMON LAW VENUE BY AFFIDAVIT

1 | P a g e

COMES NOW the Victim/Plaintiff, Sage - El, an Indigenous Empire Washitaw Amuuru/Moor National, *sui juris,* Propria Persona [non–attorney], a non-corporate, natural born, living breathing being, a flesh and blood man, born alive, on the soil. A man created by the Great Universal Absolute God (Elohim), Comes with clean hands, *rectus in curia,* appearing restricted Specially and not Generally or Voluntary, at Common Law; reserving, Enforcing and invoking all State and Federal constitutionally protected rights, safeguards, privileges and immunities and enforcing all constitutional limitations on all government agencies and agents when dealing with them; not acquiescing to any quasi or colorable jurisdictions, consenting and conferring only to the judicial power of the United States of America and the New York Republic.

The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

- **The Treaty of Peace and Friendship:** established between us and the United States of America, which is confirmed, and which we have ordered to be written in this Book and sealed with our Royal Seal at our Court of Morocco on the twenty fifth day of the blessed Month of Shaban, in the Year One thousand two hundred, trusting in God it will remain permanent.

- **Camp Holmes Treaty of 1835:** with the Comanche and Washitaw Muur (Indians) and their associated Bands. There shall be perpetual peace and friendship between all the citizens of the United States of America, and all the individuals composing the Comanche and Washitaw nations and their associated bands or tribes of Indians, and between these nations or tribes and the Cherokee, Muscogee, Choctaw, Osage, Seneca and Quapaw nations or tribes of Indians.

- **The 1791 Constitution of the United States of America:** is the supreme law of the United States. Empowered with the sovereign authority of the people by the framers and the consent of the legislatures of the states, it is the source of all government powers, and also provides important limitations on the government that protect the fundamental rights of United States citizens.

- **"TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT"**

Lev. 5:4-5; Lev 6:3-5; Lev. 19:11-13; Num. 30:2; Mat. 5:33; James 5:12.

- **"AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE"**
  12 Pet. 1:25; Heb. 6:13-15. Claims made in the affidavit, if not rebutted, emerge as the truth of the matter. Legal Maxim: "He who does not deny, admits."

- **"AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGMENT IN COMMERCE"** Heb. 6:16-17. There is nothing left to resolve. YOUR silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law.

"Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading." United States vs. Tweel, 550 F.2d 297 (5th cir. 04/08/1977)

May the WILL of The Almighty Creator, our Heavenly Father, The Great Divine, The Universal, The Absolute, (Elohim) God be done on Earth as it is in Heaven.
Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever.

This is a contract, your failure to answer and rebut this affidavit is acquiescence, you have 72 hrs. To answer, then this contract is law.

Sage – El /All rights reserved ucc 1- 207/308

Witness: _Jove Ibn Alleeh-Bey_

Witness: _Tahishah El-Bey_

M.D.N.M.
AFFIRMED 7-26-1436 MCY
MUFTI/VIZIR 7/26/2016 CCY
Shellah Ra'heem-Bey
Natural Person Authorized Representative
All Rights Reserved U.C.C 1-103/1-209/1-207/1-308